---

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

---

STATE v. FREEMAN

No. 8P83.

Case below: 60 N.C. App. 216.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983.

STATE v. GRAINGER

No. 37P83.

Case below: 60 N.C. App. 188.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983.

STATE v. HICKS

No. 23P83.

Case below: 60 N.C. App. 116.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 January 1983.

STATE v. JONES

No. 23P83.

Case below: 60 N.C. App. 116.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 January 1983.

STATE v. JONES

No. 584P82.

Case below: 59 N.C. App. 472.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1983.